B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FHG Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**52-2255080** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**542 Cross Keys Road<br>#286<br>Sicklerville, NJ**          ZIP Code **08081** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Camden** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

#### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                        Page 2

| Voluntary Petition<br><br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>FHG Enterprises, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br> See Attachment | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                          Page 3

## Voluntary Petition

(This page must be completed and filed in every case)

**Name of Debtor(s):**
FHG Enterprises, Inc.

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Brian W. Hofmeister, Esq.
Signature of Attorney for Debtor(s)

Brian W. Hofmeister, Esq.
Printed Name of Attorney for Debtor(s)

Teich Groh
Firm Name

691 State Highway 33
Mercerville
Trenton, NJ 08619-4492
Address

609-890-1500  Fax: 609-890-6961
Telephone Number

August 3, 2011
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Joseph Gatas
Signature of Authorized Individual

Joseph Gatas
Printed Name of Authorized Individual

President
Title of Authorized Individual

August 3, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

In re      FHG Enterprises, Inc._____,        Case No. _____
                                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
| --- | --- | --- |
| FHG Acquisitions, LLC | | |
| FHG Development New Jersey, LLC | | |
| FHG South Jersey, LLC | | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    **FHG Enterprises, Inc.**

Case No. _____

Debtor(s)

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>PO Box 1270<br>Newark, NJ 07101-1270 | **American Express**<br>PO Box 1270<br>Newark, NJ 07101-1270 | **Credit Card** | | **8,170.54** |
| **Business Card**<br>PO Box 15710<br>Wilmington, DE 19886-5710 | **Business Card**<br>PO Box 15710<br>Wilmington, DE 19886-5710 | | | **6,641.49** |
| **Camden County MUA**<br>1645 Ferry Avenue<br>Camden, NJ 08104 | **Camden County MUA**<br>1645 Ferry Avenue<br>Camden, NJ 08104 | **sewer charge** | | **157.50** |
| **CIT Technology Fin Serv. Inc.**<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | **CIT Technology Fin Serv. Inc.**<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | | | **628.64** |
| **Clipper Magazine**<br>3708 Hempland Road<br>Mountville, PA 17554 | **Clipper Magazine**<br>3708 Hempland Road<br>Mountville, PA 17554 | **advertising** | | **19,319.13** |
| **Colson Services Corp.**<br>Central Servicing Agent<br>503/504 Program<br>101 Barclay Street, 8th Floor East<br>New York, NY 10286 | **Colson Services Corp.**<br>Central Servicing Agent<br>503/504 Program<br>New York, NY 10286 | **SBA loan** | | **27,825.67** |
| **D&S Construction Management**<br>328 Columbia Ave.<br>Lansdale, PA 19446 | **D&S Construction Management**<br>328 Columbia Ave.<br>Lansdale, PA 19446 | | | **96,850.00** |
| **DeLage Landen Financial Services**<br>PO Box 41601<br>Philadelphia, PA 19101 | **DeLage Landen Financial Services**<br>PO Box 41601<br>Philadelphia, PA 19101 | | | **1,550.00** |
| **Environmental Services, Inc.**<br>40 Zorn Blvd.<br>Yaphank, NY 11980 | **Environmental Services, Inc.**<br>40 Zorn Blvd.<br>Yaphank, NY 11980 | | | **1,192.28** |
| **Gerharz Equipment, Inc.**<br>6164 E. Molloy Road<br>East Syracuse, NY 13057 | **Gerharz Equipment, Inc.**<br>6164 E. Molloy Road<br>East Syracuse, NY 13057 | | | **55,060.51** |

B4 (Official Form 4) (12/07) - Cont.

In re    **FHG Enterprises, Inc.**                                    Case No. _____
                                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Hyland Levin LLP<br>1000 Main Street<br>Voorhees, NJ 08043-4636 | Hyland Levin LLP<br>1000 Main Street<br>Voorhees, NJ 08043-4636 | legal fees | | 14,080.14 |
| Jim Sweet | Jim Sweet | loan | | 38,000.00 |
| Sam's Club<br>PO Box 530970<br>Atlanta, GA 30353-0970 | Sam's Club<br>PO Box 530970<br>Atlanta, GA 30353-0970 | | | 729.76 |
| Stanbery Cross Keys in Receivership<br>Jeffrey Anderson Real Estate<br>3805 Edwards Road, Suite 700<br>Cincinnati, OH 45209 | Stanbery Cross Keys in Receivership<br>Jeffrey Anderson Real Estate<br>3805 Edwards Road, Suite 700<br>Cincinnati, OH 45209 | lease | | 86,589.36 |
| Steven F. Beppel, PC<br>Certified Public Accountants<br>246 S. White Horse Pike<br>Berlin, NJ 08009 | Steven F. Beppel, PC<br>Certified Public Accountants<br>246 S. White Horse Pike<br>Berlin, NJ 08009 | accounting fees | | 4,492.50 |
| TD Bank<br>PO Box 5600<br>Lewiston, ME 04243-5600 | TD Bank<br>PO Box 5600<br>Lewiston, ME 04243-5600 | loan | | 127,242.30 |
| TD Card Services<br>PO Box 2580<br>Cherry Hill, NJ 08034-0372 | TD Card Services<br>PO Box 2580<br>Cherry Hill, NJ 08034-0372 | credit card debt | | 14,898.09 |
| The Bank<br>533 Fellowship Road<br>Mount Laurel, NJ 08054 | The Bank<br>533 Fellowship Road<br>Mount Laurel, NJ 08054 | loan | | 207,203.65 |
| Wand Corporation<br>7593 Corporate Way<br>Eden Prairie, MN 55344 | Wand Corporation<br>7593 Corporate Way<br>Eden Prairie, MN 55344 | | | 207.00 |
| WB Mason<br>PO Box 111<br>Brockton, MA 02303 | WB Mason<br>PO Box 111<br>Brockton, MA 02303 | | | 233.84 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **August  3, 2011** _____          Signature    **/s/ Joseph Gatas** _____
                                                                              **Joseph Gatas**
                                                                              **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## District of New Jersey

In re    FHG Enterprises, Inc. _____ ,    Case No. _____

                                       Debtor

                                                         Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 339,496.82 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 9,750,388.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 1,360,824.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 339,496.82 | | |
| Total Liabilities | | | | 11,111,212.67 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of New Jersey

In re     FHG Enterprises, Inc. _____ ,

Debtor

Case No. _____

Chapter _____ 11 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    FHG Enterprises, Inc.                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
| | | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    FHG Enterprises, Inc.                                            ,    Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | The Bank Checking Account Acct Ending 8916 | - | 951.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        951.00
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    FHG Enterprises, Inc.                                                ,    Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Bok Bok Fresh, Inc intercompany loan uncollectable | - | 53,500.00 |
| | | Bok Bok Fresh Flemington, LLC intercompany loan uncollectable | - | 162,005.00 |
| | | Bok Bok Fresh Jersey intercompany loan uncollectable | - | 78,000.00 |
| | | management fees | - | 39,040.82 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

|  | Sub-Total > | 332,545.82 |
|---|---|---|
|  | (Total of this page) | |

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      FHG Enterprises, Inc.                                              ,      Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment | - | 6,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >          6,000.00
(Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re        FHG Enterprises, Inc.                                        ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | 0.00 |
| (Total of this page) | | |
| Total > | | 339,496.82 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re____FHG Enterprises, Inc._____,     Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. 000432371 | | | | loan | | | | | |
| General Electric Capital Corp. c/o Reed Smith 599 Lexington Ave. New York, NY 10022 | X | - | | | | | X | | |
| | | | | Value $          Unknown | | | | 3,166,918.00 | Unknown |
| Account No. 000432372 | | | | loan | | | | | |
| General Electric Capital Corp. c/o Reed Smith 599 Lexington Ave. New York, NY 10022 | X | - | | | | | X | | |
| | | | | Value $          Unknown | | | | 4,912,580.00 | Unknown |
| Account No. 000431756 | | | | loan | | | | | |
| General Electric Capital Corp. c/o Reed Smith 599 Lexington Ave. New York, NY 10022 | X | - | | | | | X | | |
| | | | | Value $          Unknown | | | | 1,670,890.00 | Unknown |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 9,750,388.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 9,750,388.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re    FHG Enterprises, Inc.                                              Case No. _____
                                                              ,
                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re     FHG Enterprises, Inc. _____,     Case No. _____
                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** New York State Corporation Tax Processing Unit PO Box 22094 Albany, NY 12201-2094 | - | | | | | | | Unknown | Unknown / Unknown |
| **Account No.** NYS Department of State Division Corp. 42 State Street Albany, NY 12231 | - | | | | | | | Unknown | Unknown / Unknown |
| **Account No.** NYS Estimated Income Tax Processing Center PO Box 4123 Binghamton, NY 13902-4123 | - | | | | | | | Unknown | Unknown / Unknown |
| **Account No.** State of New Jersey Division of Revenue PO Box 302 Trenton, NJ 08646-0302 | - | | | | | | | Unknown | Unknown / Unknown |
| **Account No.** State of New Jersey Department of Labor Division of Revenue Processing PO Box 929 Trenton, NJ 08646-0929 | - | | | | | | | Unknown | Unknown / Unknown |

Sheet _1_ of _2_ continuation sheets attached to                    Subtotal           | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)  | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   FHG Enterprises, Inc. _____,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| State of New Jersey Division of Taxation Revenue Processing Center Coportation Tax PO Box 644 Trenton, NJ 08646-0644 | - | | | | | | Unknown | Unknown / Unknown |
| Account No. | | | | | | | | |
| State of New Jersey-CBT Division of Taxation PO Box 193 Trenton, NJ 08646-0193 | - | | | | | | Unknown | Unknown / Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 / 0.00 |
|---|---|---|
| | | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 / 0.00 |
| | | 0.00 |

B6F (Official Form 6F) (12/07)

In re    FHG Enterprises, Inc.
_____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | | | | | |
| ADS Professional Services, LTD 99 Smithtown Blvd. Smithtown, NY 11787 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Aflac 1932 Wynnton Road Columbus, GA 31999 | | - | | | | | | Unknown |
| Account No. | | | | Credit Card | | | | |
| American Express PO Box 1270 Newark, NJ 07101-1270 | | - | | | | | | 8,170.54 |
| Account No. 39026 | | | | legal fees | | | | |
| Ballard Spahr Andrews & Ingersoll Plaza 1000, Suite 500 Main Street Voorhees, NJ 08043-4836 | | - | | | | | | Unknown |

__12__ continuation sheets attached

Subtotal
(Total of this page)    8,170.54

B6F (Official Form 6F) (12/07) - Cont.

In re    FHG Enterprises, Inc. _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| BHI Accounts Receivabloe/Merrilee 7599 Corporate Way Eden Prairie, MN 55344 | | - | | | | | 96.38 |
| Account No. | | | service agreement | | | | |
| BP Environmental Services, Inc. PO Box 188 Chalfont, PA 18914 | | - | | | | | Unknown |
| Account No. | | | | | | | |
| Business Card PO Box 15710 Wilmington, DE 19886-5710 | | - | | | | | 6,641.49 |
| Account No. | | | sewer charge | | | | |
| Camden County MUA 1645 Ferry Avenue Camden, NJ 08104 | | - | | | | | 157.50 |
| Account No. | | | | | | | |
| Campus Call Systems, Inc. 1619 McCarty Avenue Williamstown, NJ 08094 | | - | | | | | Unknown |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,895.37

B6F (Official Form 6F) (12/07) - Cont.

In re    FHG Enterprises, Inc.                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> CDW Direct, LLC <br> PO Box 75723 <br> Chicago, IL 60675-5723 | | - | | | | | | Unknown |
| Account No. <br><br> CIT Technology Fin Serv. Inc. <br> PO Box 550599 <br> Jacksonville, FL 32255-0599 | | - | | | | | | 628.64 |
| Account No. 83331 <br><br> Clipper Magazine <br> 3708 Hempland Road <br> Mountville, PA 17554 | | - | | advertising | | | | 19,319.13 |
| Account No. 8599474009 <br><br> Colson Services Corp. <br> Central Servicing Agent <br> 503/504 Program <br> 101 Barclay Street, 8th Floor East <br> New York, NY 10286 | X | - | | SBA loan | | | | 27,825.67 |
| Account No. <br><br> Comcast <br> PO Box 3006 <br> Southeastern, PA 19398-3006 | | - | | | | | | Unknown |

Sheet no. _2__ of _12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,773.44

B6F (Official Form 6F) (12/07) - Cont.

In re      FHG Enterprises, Inc. _____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | | |
| Corporation Tax PO Box 193 Trenton, NJ 08646-0193 | - | | | | | | | Unknown |
| **Account No.** | | | | | | | | |
| D&S Construction Management 328 Columbia Ave. Lansdale, PA 19446 | - | | | | | | | 96,850.00 |
| **Account No.** | | | | | | | | |
| DeLage Landen Financial Services PO Box 41601 Philadelphia, PA 19101 | - | | | | | | | 1,550.00 |
| **Account No.** | | | | | | | | |
| Digital Office Solutions PO Box 1036 Cherry Hill, NJ 08034 | - | | | | | | | Unknown |
| **Account No.** | | | | | | | | |
| DRPA E-Z Pass Customer Service Center 420 N. 6th Street Camden, NJ 08102 | - | | | | | | | Unknown |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      98,400.00

B6F (Official Form 6F) (12/07) - Cont.

In re    FHG Enterprises, Inc.                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| E-Z Pass PO Box 149003 Staten Island, NY 10314-9003 | - | | | | | | | | Unknown |
| Account No. | | pest control | | | | | | | |
| Ehrlich Pest Control 600 Dear Road Cherry Hill, NJ 08034 | - | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Environmental Services, Inc. 40 Zorn Blvd. Yaphank, NY 11980 | - | | | | | | | | 1,192.28 |
| Account No. | | intercompany loan | | | | | | | |
| FHG Acquisition, LLC 542 Cross Keys Road Sicklerville, NJ 08081 | - | | | | | | | | 70,000.00 |
| Account No. | | intercompany loan | | | | | | | |
| FHG Enterprises, Inc. 542 Cross Keys Road Sicklerville, NJ 08081 | - | | | | | | | | 60,000.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131,192.28

B6F (Official Form 6F) (12/07) - Cont.

In re    FHG Enterprises, Inc. _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 1534 Gerharz Equipment, Inc. 6164 E. Molloy Road East Syracuse, NY 13057 | | - | | | | | | 55,060.51 |
| Account No. Gexa Energy 20 Greenway Plaza Suite 600 Houston, TX 77046 | | - | | utility | | | | Unknown |
| Account No. Honeywell Security Monitoring 34 Stoneleigh Road Fairfield, CT 06825 | | - | | security monitoring | | | | Unknown |
| Account No. Hyland Levin LLP 1000 Main Street Voorhees, NJ 08043-4636 | | - | | legal fees | | | | 14,080.14 |
| Account No. Jim Sweet | | - | | loan | | | | 38,000.00 |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

107,140.65

B6F (Official Form 6F) (12/07) - Cont.

In re    FHG Enterprises, Inc. _____ ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | stockholder loan | | | | |
| Joseph Gatas 1282 Glassboro Road Williamstown, NJ 08094 | | - | | | | | | 519,374.55 |
| **Account No.** | X | - | | lease Proposed Lot 6, Block 124, Lodge Ave., Paulsboro, NJ | | | | |
| Mill River Corp 3092 Hull Ave. Bronx, NY 10467 | | | | | | | | Unknown |
| **Account No.** | | - | | | | | | |
| Muzak 960 Rittenhouse Road Valley Forge Corporate Center Norristown, PA 19403-2290 | | | | | | | | Unknown |
| **Account No.** | | - | | | | | | |
| New Jersey Board of Accountancy PO Box 639 Trenton, NJ 08646-0639 | | | | | | | | Unknown |
| **Account No.** | | - | | | | | | |
| New York State Restaurant Service 1001 Sixth Avenue New York, NY 10018 | | | | | | | | Unknown |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

519,374.55

B6F (Official Form 6F) (12/07) - Cont.

In re    FHG Enterprises, Inc.                                            ,        Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** NJSCPA PO Box 15130 Newark, NJ 07192 | - | | | | | | | Unknown |
| **Account No.** NuCo2 1509 Prospect Ridge Blvd. Haddon Heights, NJ 08035 | - | | | equipment lease | | | | Unknown |
| **Account No.** Oxford Health Plans PO Box 1697 Newark, NJ 07101-1697 | - | | | | | | | Unknown |
| **Account No.** PC Connection Services PO Box 382808 Pittsburgh, PA 15250-8808 | - | | | | | | | Unknown |
| **Account No.** Peachtree, LLC 774 Woodlawn Ave. Hammonton, NJ 08037 | - | | | lease | | | | Unknown |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     FHG Enterprises, Inc. _____,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Pieco Services Property Maintanence 2300 Winslow Road Williamstown, NJ 08094 | | | | | | | | 151.41 |
| Account No. 7015700 | | - | | waste removal | | | | |
| Republic Services of NJ PO Box 9001765 Louisville, KY 40290 | | | | | | | | Unknown |
| Account No. | | - | | | | | | |
| Rochdale Insurance Company PO Box 22219 Beachwood, OH 44122 | | | | | | | | Unknown |
| Account No. | | - | | | | | | |
| Sam's Club PO Box 530970 Atlanta, GA 30353-0970 | | | | | | | | 729.76 |
| Account No. | | - | | | | | | |
| Space Mart Self-Storage 376 Berlin-Cross Keys Road Sicklerville, NJ 08081 | | | | | | | | Unknown |

Sheet no. __8__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          881.17

B6F (Official Form 6F) (12/07) - Cont.

In re    FHG Enterprises, Inc. _____,    Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sprint PO Box 105243 Atlanta, GA 30348-5243 | | - | | | | | | Unknown |
| Account No. 00000834 | | | lease | | | | | |
| Stanbery Cross Keys in Receivership Jeffrey Anderson Real Estate 3805 Edwards Road, Suite 700 Cincinnati, OH 45209 | X | - | | | | | | 86,589.36 |
| Account No. | | | | | | | | |
| Standard Funding Corp. 335 Crossways Park Drive Woodbury, NY 11797 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Staples Business Advantage Dept PHL 85103 PO Box 30851 Hartford, CT 06150-0851 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Staples Credit Plan PO Box 689020 Des Moines, IA 50368 | | - | | | | | | Unknown |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 86,589.36

B6F (Official Form 6F) (12/07) - Cont.

In re    FHG Enterprises, Inc. _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | accounting fees | | | | |
| Steven F. Beppel, PC Certified Public Accountants 246 S. White Horse Pike Berlin, NJ 08009 | | - | | | | | | 4,492.50 |
| Account No. | | | | | | | | |
| TASC Total administrative Services 2302 International Lane Madison, WI 53714-0050 | | - | | | | | | Unknown |
| Account No. 004-00001-1618826-9001 | | | | loan | | | | |
| TD Bank PO Box 5600 Lewiston, ME 04243-5600 | X | - | | | | | | 127,242.30 |
| Account No. | | | | credit card debt | | | | |
| TD Card Services PO Box 2580 Cherry Hill, NJ 08034-0372 | | - | | | | | | 14,898.09 |
| Account No. | | | | loan | | | | |
| The Bank 533 Fellowship Road Mount Laurel, NJ 08054 | X | - | | | | | | 207,203.65 |
| Sheet no. __10__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | 353,836.54 |

B6F (Official Form 6F) (12/07) - Cont.

In re    FHG Enterprises, Inc.                                        ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| The United States Life Insurance Co. PO Box 62104 Baltimore, MD 21264-2104 | - | | | | | | 129.93 |
| Account No. | | | | | | | |
| TNCI PO Box 981038 Boston, MA 02215-1038 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Total Administrative Services 2302 International Lane PO Box 14050 Madison, WI 53714-0050 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| TranSource Po Box 60005 Charlotte, NC 28260-0005 | - | | | | | | Unknown |
| Account No. | | | equipment lease | | | | |
| Tri State Office Solutions Leasing Cooper Center, Suite 300 7905 Browning Road Merchantville, NJ 08109 | - | | | | | | Unknown |

Sheet no.  _11_  of _12_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                     129.93
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    FHG Enterprises, Inc.                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Wand Corporation 7593 Corporate Way Eden Prairie, MN 55344 | | - | | | | | | 207.00 |
| Account No. | | | | | | | | |
| WB Mason PO Box 111 Brockton, MA 02303 | | - | | | | | | 233.84 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 440.84 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,360,824.67 |

B6G (Official Form 6G) (12/07)

In re    FHG Enterprises, Inc. _____,    Case No. _____
                                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Carolina Tele | contract |
| Gexa Energy<br>20 Greenway Plaza<br>Suite 600<br>Houston, TX 77046 | Business Electricity Authorization New Jersey<br>Commercial/Industrial Sales Contract |
| JC Ehrlich Co., Inc.<br>PO Box 13848<br>Reading, PA 19612-3848 | contract |
| Mill River Corp<br>3092 Hull Ave.<br>Bronx, NY 10467 | lease<br>Proposed Lot 6, Block 124, Lodge Avenue,<br>Paulsboro, NJ |
| NUCO2<br>PO Box 9011<br>Stuart, FL 34995 | equipment lease |
| Peachtree, LLC<br>774 Woodlawn Ave.<br>Hammonton, NJ 08037 | lease |
| Stanbery Cross Keys in Receivership<br>Jeffrey Anderson Real Estate<br>3805 Edwards Road, Suite 700<br>Cincinnati, OH 45209 | lease<br>Shoppes at Cross Keys |
| Stanley Security Solutions<br>CH14120<br>Palatine, IL 60055-4210 | security contract |
| Tri State Office Solutions Leasing<br>Cooper Center, Suite 300<br>7905 Browning Road<br>Merchantville, NJ 08109 | equipment lease |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    FHG Enterprises, Inc.
_____ ,    Case No. _____
                          Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Bok Bok Fresh | Stanbery Cross Keys in Receivership<br>Jeffrey Anderson Real Estate<br>3805 Edwards Road, Suite 700<br>Cincinnati, OH 45209 |
| Bok Bok Fresh, Inc. | TD Bank<br>PO Box 5600<br>Lewiston, ME 04243-5600 |
| FHG Acquisition, LLC | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| FHG Acquisition, LLC | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| FHG Camden, LLC | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| FHG Development New Jersey, LLC | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| FHG Development New Jersey, LLC | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| FHG Development New Jersey, LLC | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| FHG Development New Jersey, LLC | Mill River Corp<br>3092 Hull Ave.<br>Bronx, NY 10467 |

  2
_____ continuation sheets attached to Schedule of Codebtors

In re    FHG Enterprises, Inc.                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| FHG Development South Jersey, LLC | Colson Services Corp.<br>Central Servicing Agent<br>503/504 Program<br>101 Barclay Street, 8th Floor East<br>New York, NY 10286 |
| FHG Glassboro, LLC | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| FHG South Jersey, LLC | Colson Services Corp.<br>Central Servicing Agent<br>503/504 Program<br>101 Barclay Street, 8th Floor East<br>New York, NY 10286 |
| FHG South Jersey, LLC | The Bank<br>533 Fellowship Road<br>Mount Laurel, NJ 08054 |
| FHG South Jersey, LLC | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| FHG South Jersey, LLC | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| FHG South Jersey, LLC | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| GHG Cross Keys, LLC | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| Joseph Gatas | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| Joseph Gatas | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |

Sheet    1    of    2    continuation sheets attached to the Schedule of Codebtors

In re   FHG Enterprises, Inc. _____ ,   Case No. _____
                                            Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Joseph Gatas | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| Joseph M. Gatas | Colson Services Corp.<br>Central Servicing Agent<br>503/504 Program<br>101 Barclay Street, 8th Floor East<br>New York, NY 10286 |
| Joseph N. Gatas | Colson Services Corp.<br>Central Servicing Agent<br>503/504 Program<br>101 Barclay Street, 8th Floor East<br>New York, NY 10286 |
| Joseph N. Gatas | The Bank<br>533 Fellowship Road<br>Mount Laurel, NJ 08054 |
| Patricia Gatas | Colson Services Corp.<br>Central Servicing Agent<br>503/504 Program<br>101 Barclay Street, 8th Floor East<br>New York, NY 10286 |
| Patricia Gatas | The Bank<br>533 Fellowship Road<br>Mount Laurel, NJ 08054 |
| Patricia Gatas | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |
| Patricia Gatas | General Electric Capital Corp.<br>c/o Reed Smith<br>599 Lexington Ave.<br>New York, NY 10022 |

Sheet  2  of  2  continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re __FHG Enterprises, Inc.__  

Case No. _____

Debtor(s)

Chapter    __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___28___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __August  3, 2011__

Signature    __/s/ Joseph Gatas__

                    **Joseph Gatas**
                    **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of New Jersey

In re   **FHG Enterprises, Inc.** _____    Case No. _____

                                        Debtor(s)            Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$666,102.00** | **2009 - gross income** |
| **$644,501.00** | **2010 - gross income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None ☑ *Complete a. or b., as appropriate, and c.*

    a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐     b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Oxford Health Plans**<br>**PO Box 1349**<br>**Newark, NJ 07101** | **5/20/11**<br>**7/22/11** | **$5,822.48** | **$0.00** |
| **ActSoft Consulting, Inc.** | **5/20/11** | **$65.00** | **$0.00** |
| **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | **5/26/211** | **$391.00** | **$0.00** |
| **BHI**<br>**Accounts Receivabloe/Merrilee**<br>**7599 Corporate Way**<br>**Eden Prairie, MN 55344** | **5/20/11**<br>**6/29/11** | **$195.66** | **$0.00** |
| **Campus Call Systems, Inc.**<br>**1619 McCarty Avenue**<br>**Williamstown, NJ 08094** | **6/8/11** | **$21.41** | **$0.00** |
| **CDW Direct, LLC**<br>**PO Box 75723**<br>**Chicago, IL 60675-5723** | **5/2/11** | **$95.43** | **$0.00** |
| **CIT Technology Fin Serv. Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL 32255-0599** | **5/6/11**<br>**6/29/11**<br>**7/22/11** | **$1,927.94** | **$0.00** |
| **Comcast**<br>**PO Box 5025**<br>**Cherry Hill, NJ 08034** | **5/2/11**<br>**5/31/11**<br>**6/23/11**<br>**7/13/11** | **$502.57** | **$0.00** |
| **TD Card Services**<br>**PO Box 2580**<br>**Cherry Hill, NJ 08034-0372** | **5/20/11**<br>**5/26/11**<br>**6/23/11**<br>**7/22/11** | **$2,695.00** | **$0.00** |
| **DE Lage Landen Financial Services**<br>**PO Box 41601**<br>**Philadelphia, PA 19101-1601** | **5/6/11**<br>**5/31/11** | **$3,037.02** | **$0.00** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Doug Spalding** | **6/18/11** | **$36.28** | **$0.00** |
| **Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886** | **5/26/11**<br>**5/26/11**<br>**6/23/11** | **$784.64** | **$0.00** |
| **JAS Computers** | **5/20/11**<br>**7/27/11** | **$1,187.93** | **$0.00** |
| **Ken Clark** | **5/2/11**<br>**5/17/11**<br>**6/8/11**<br>**7/13/11** | **$274.19** | **$0.00** |
| **State of New Jersey**<br>**Division of Taxation**<br>**Bankruptcy Section**<br>**PO Box 245**<br>**Trenton, NJ 08646-0245** | **5/31/11** | **$310.00** | **$0.00** |
| **Patient Accounts Dept.**<br>**Ocean Medical Center**<br>**PO Box 34019**<br>**Newark, NJ 07189-0019** | **5/31/11**<br>**6/29/11**<br>**7/17/11** | **$3,000.00** | **$0.00** |
| **Pieco Services Property Maintanence**<br>**2300 Winslow Road**<br>**Williamstown, NJ 08094** | **5/31/11**<br>**6/29/11** | **$284.63** | **$0.00** |
| **Rachel Gatas** | **5/2/11**<br>**5/6/11**<br>**5/20/11**<br>**5/26/11**<br>**5/31/11**<br>**6/8/11**<br>**6/18/11**<br>**6/18/11**<br>**6/23/11**<br>**7/7/11**<br>**7/13/11**<br>**7/22/11**<br>**7/27/11** | **$1,800.00** | **$0.00** |
| **Sam's Club**<br>**PO Box 103036**<br>**Roswell, GA 30076** | **5/20/11**<br>**5/31/11**<br>**6/8/11**<br>**6/18/11**<br>**6/29/11**<br>**7/7/11**<br>**7/13/11**<br>**8/2/11** | **$2,446.58** | **$0.00** |
| **Standard Funding Corp.**<br>**335 Crossways Park Drive**<br>**Woodbury, NY 11797** | **5/2/11**<br>**6/8/11**<br>**7/7/11**<br>**7/28/11** | **$1,280.19** | **$0.00** |
| **Space Mart Self-Storage**<br>**376 Berlin-Cross Keys Road**<br>**Sicklerville, NJ 08081** | **5/11/11**<br>**6/8/11**<br>**6/8/11**<br>**7/13/11** | **$588.46** | **$0.00** |
| **Sprint** | **5/20/11**<br>**6/8/11**<br>**7/7/11** | **$501.24** | **$0.00** |

4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Staples Credit Plan** PO Box 9020 Des Moines, IA 50368 | **5/20/11** **6/18/11** **7/22/11** | **$306.62** | **$0.00** |
| **State of New Jersey** **Division of Taxation** **Bankruptcy Section** **PO Box 245** **Trenton, NJ 08646-0245** | **7/22/11** | **$172.54** | **$0.00** |
| **Steven F. Beppel, PC** **Certified Public Accountants** **246 S. White Horse Pike** **Berlin, NJ 08009** | **5/26/11** **6/8/11** **6/8/11** | **$690.00** | **$0.00** |
| **Total Administrative Services** **2302 International Lane** **PO Box 14050** **Madison, WI 53714-0050** | **5/2/11** **5/2/11** **5/20/11** **6/8/11** **6/18/11** **6/29/11** **7/22/11** | **$685.71** | **$0.00** |
| **TNCI** PO Box 981038 Boston, MA 02215-1038 | **5/20/11** | **$180.88** | **$0.00** |
| **Toni White** | **5/2/11** **6/8/11** **7/5/11** **8/2/11** | **$420.00** | **$0.00** |
| **Tri State Office Solutions** **7905 Browning Road** **Copper Center Suite #300** **Merchantville, NJ 08109** | **5/20/11** **5/26/11** | **$537.80** | **$0.00** |
| **United States Treasury** **PO Box 80109** **Cincinnati, OH 45280-0009** | **6/29/11** | **$548.79** | **$0.00** |
| **The United States Life Insurance Co.** **PO Box 62104** **Baltimore, MD 21264-2104** | **6/8/11** **6/29/11** **7/27/11** | **$354.26** | **$0.00** |
| **Wand Corporation** **7593 Corporate Way** **Eden Prairie, MN 55344** | **6/29/11** **6/29/11** | **$0.00** | **$0.00** |
| **W.B. Mason Company** **PO Box 111** **59 Centre Street** **Brockton, MA 02303** | **5/26/11** | **$68.46** | **$0.00** |
| **Pati Gatas** | **5/31/11** **6/29/11** **7/27/11** | **$3,000.00** | **$0.00** |

None
■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

5

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None ■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

6

**8. Losses**

None

■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Teich Groh<br>691 State Highway 33<br>Trenton, NJ 08619** | | **$7500.00 plus filing fee** |

**10. Other transfers**

None

■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None

■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None

■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

8

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

## 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|---------------------|------------------------------------------------------------------|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

## 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|
| **Joseph Gatas** <br> **1282 Glassboro Road** <br> **Williamstown, NJ 08094** | **President/Treasurer** | **100%** |
| **Patricia Gatas** | **Vice President/Secretary** | |

## 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

10

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August  3, 2011**                          Signature    **/s/ Joseph Gatas**

**Joseph Gatas**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### District of New Jersey

In re    **FHG Enterprises, Inc.** _____    Case No. _____

Debtor(s)                                              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **0.00** |

2.    $   **1,039.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):    **FHG Acquisitions, LLC**

4.    The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    [Other provisions as needed]
**For Chapter 7 and Chapter 13 cases, representation of the debtor(s) at the First Meeting of Creditors and first scheduled Confirmation hearing.
For Chapter 11 cases, the above amount represents a retainer and Teich Groh will file a fee application to fix the fees for services rendered by debtor's counsel for all work performed.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August  3, 2011** _____    **/s/ Brian W. Hofmeister, Esq.** _____
**Brian W. Hofmeister, Esq.
Teich Groh
691 State Highway 33
Mercerville
Trenton, NJ 08619-4492
609-890-1500   Fax: 609-890-6961**

---

# United States Bankruptcy Court
### District of New Jersey

In re       FHG Enterprises, Inc. _____,       Case No. _____

                                                    Debtor

                                                                    Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Joseph Gatas<br>1282 Glassboro Road<br>Williamstown, NJ 08094 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____August  3, 2011_____       Signature_/s/ Joseph Gatas_____
                                                              Joseph Gatas
                                                              President

Penalty for making a false statement or concealing property:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                         18 U.S.C §§  152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of New Jersey

In re   **FHG Enterprises, Inc.** _____   Case No. _____

                               Debtor(s)    Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August  3, 2011** _____      **/s/ Joseph Gatas** _____

                                        **Joseph Gatas**/**President**
                                        Signer/Title

ADS Professional Services, LTD
99 Smithtown Blvd.
Smithtown, NY 11787


Aflac
1932 Wynnton Road
Columbus, GA 31999


American Express
PO Box 1270
Newark, NJ 07101-1270


Ballard Spahr Andrews & Ingersoll
Plaza 1000, Suite 500
Main Street
Voorhees, NJ 08043-4836


BHI
Accounts Receivabloe/Merrilee
7599 Corporate Way
Eden Prairie, MN 55344


BP Environmental Services, Inc.
PO Box 188
Chalfont, PA 18914


Business Card
PO Box 15710
Wilmington, DE 19886-5710


Camden County MUA
1645 Ferry Avenue
Camden, NJ 08104


Campus Call Systems, Inc.
1619 McCarty Avenue
Williamstown, NJ 08094


Carolina Tele


CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723

CIT Technology Fin Serv. Inc.
PO Box 550599
Jacksonville, FL 32255-0599


Clipper Magazine
3708 Hempland Road
Mountville, PA 17554


Colson Services Corp.
Central Servicing Agent
503/504 Program
101 Barclay Street, 8th Floor East
New York, NY 10286


Comcast
PO Box 3006
Southeastern, PA 19398-3006


Corporation Tax
PO Box 193
Trenton, NJ 08646-0193


D&S Construction Management
328 Columbia Ave.
Lansdale, PA 19446


DeLage Landen Financial Services
PO Box 41601
Philadelphia, PA 19101


Digital Office Solutions
PO Box 1036
Cherry Hill, NJ 08034


DRPA E-Z Pass
Customer Service Center
420 N. 6th Street
Camden, NJ 08102


E-Z Pass
PO Box 149003
Staten Island, NY 10314-9003

Ehrlich Pest Control
600 Dear Road
Cherry Hill, NJ 08034


Environmental Services, Inc.
40 Zorn Blvd.
Yaphank, NY 11980


FHG Acquisition, LLC
542 Cross Keys Road
Sicklerville, NJ 08081


FHG Enterprises, Inc.
542 Cross Keys Road
Sicklerville, NJ 08081


General Electric Capital Corp.
c/o Reed Smith
599 Lexington Ave.
New York, NY 10022


Gerharz Equipment, Inc.
6164 E. Molloy Road
East Syracuse, NY 13057


Gexa Energy
20 Greenway Plaza
Suite 600
Houston, TX 77046


Honeywell Security Monitoring
34 Stoneleigh Road
Fairfield, CT 06825


Hyland Levin LLP
1000 Main Street
Voorhees, NJ 08043-4636


JC Ehrlich Co., Inc.
PO Box 13848
Reading, PA 19612-3848


Jim Sweet

Joseph Gatas
1282 Glassboro Road
Williamstown, NJ 08094


Mill River Corp
3092 Hull Ave.
Bronx, NY 10467


Muzak
960 Rittenhouse Road
Valley Forge Corporate Center
Norristown, PA 19403-2290


New Jersey Board of Accountancy
PO Box 639
Trenton, NJ 08646-0639


New York State Corporation Tax
Processing Unit
PO Box 22094
Albany, NY 12201-2094


New York State Restaurant Service
1001 Sixth Avenue
New York, NY 10018


NJSCPA
PO Box 15130
Newark, NJ 07192


NuCo2
1509 Prospect Ridge Blvd.
Haddon Heights, NJ 08035


NUCO2
PO Box 9011
Stuart, FL 34995


NYS Department of State Division Corp.
42 State Street
Albany, NY 12231

NYS Estimated Income Tax
Processing Center
PO Box 4123
Binghamton, NY 13902-4123


Oxford Health Plans
PO Box 1697
Newark, NJ 07101-1697


PC Connection Services
PO Box 382808
Pittsburgh, PA 15250-8808


Peachtree, LLC
774 Woodlawn Ave.
Hammonton, NJ 08037


Pieco Services Property Maintanence
2300 Winslow Road
Williamstown, NJ 08094


Republic Services of NJ
PO Box 9001765
Louisville, KY 40290


Rochdale Insurance Company
PO Box 22219
Beachwood, OH 44122


Sam's Club
PO Box 530970
Atlanta, GA 30353-0970


Space Mart Self-Storage
376 Berlin-Cross Keys Road
Sicklerville, NJ 08081


Sprint
PO Box 105243
Atlanta, GA 30348-5243


Stanbery Cross Keys in Receivership
Jeffrey Anderson Real Estate
3805 Edwards Road, Suite 700
Cincinnati, OH 45209

Standard Funding Corp.
335 Crossways Park Drive
Woodbury, NY 11797


Stanley Security Solutions
CH14120
Palatine, IL 60055-4210


Staples Business Advantage
Dept PHL 85103
PO Box 30851
Hartford, CT 06150-0851


Staples Credit Plan
PO Box 689020
Des Moines, IA 50368


State of New Jersey
Division of Revenue
PO Box 302
Trenton, NJ 08646-0302


State of New Jersey
Department of Labor
Division of Revenue Processing
PO Box 929
Trenton, NJ 08646-0929


State of New Jersey
Division of Taxation
Revenue Processing Center
Coportation Tax PO Box 644
Trenton, NJ 08646-0644


State of New Jersey-CBT
Division of Taxation
PO Box 193
Trenton, NJ 08646-0193


Steven F. Beppel, PC
Certified Public Accountants
246 S. White Horse Pike
Berlin, NJ 08009

TASC
Total administrative Services
2302 International Lane
Madison, WI 53714-0050


TD Bank
PO Box 5600
Lewiston, ME 04243-5600


TD Card Services
PO Box 2580
Cherry Hill, NJ 08034-0372


The Bank
533 Fellowship Road
Mount Laurel, NJ 08054


The United States Life Insurance Co.
PO Box 62104
Baltimore, MD 21264-2104


TNCI
PO Box 981038
Boston, MA 02215-1038


Total Administrative Services
2302 International Lane
PO Box 14050
Madison, WI 53714-0050


TranSource
Po Box 60005
Charlotte, NC 28260-0005


Tri State Office Solutions Leasing
Cooper Center, Suite 300
7905 Browning Road
Merchantville, NJ 08109


Wand Corporation
7593 Corporate Way
Eden Prairie, MN 55344

WB Mason
PO Box 111
Brockton, MA 02303

# United States Bankruptcy Court
### District of New Jersey

In re    **FHG Enterprises, Inc.**                                     Case No.

Debtor(s)                Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**FHG Enterprises, Inc.**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Joseph Gatas
1282 Glassboro Road
Williamstown, NJ 08094**

☐ None [*Check if applicable*]

**August  3, 2011**
Date

**/s/ Brian W. Hofmeister, Esq.**

**Brian W. Hofmeister, Esq.**
Signature of Attorney or Litigant
Counsel for   **FHG Enterprises, Inc.**
**Teich Groh**

**691 State Highway 33
Mercerville
Trenton, NJ 08619-4492
609-890-1500 Fax:609-890-6961**