TEICH GROH
By: Brian W. Hofmeister, Esq.
691 State Highway 33
Trenton, New Jersey  08619
(609) 890-1500
(609) 890-6961 - facsimile
bhofmeister@teichgroh.com
Attorneys for Debtor

_____

| | |
|---|---|
| In the Matter of: | ) UNITED STATES BANRKUPTCY COURT |
|  | ) FOR THE DISTRICT OF NEW JERSEY |
| FHG ENTERPRISES, INC., | ) |
|  | ) CASE NO. 11 |
|  | ) |
| Debtor. | ) CHAPTER 11 |
|  | ) |
|  | ) NOTICE OF MOTION FOR AN ORDER |
|  | ) AUTHORIZING USE OF CASH COLLATERAL |
|  | ) |
|  | ) RETURN DATE: |
|  | ) Oral Argument: Required |
|  | ) |
|  | ) |
|  | ) |
| _____) | |

TO:   United States Trustee's Office
      One Newark Center
      Suite 2100
      Newark, NJ 07102

      20 LARGEST UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Debtor, FHG Enterprises Inc. ("Debtor") herein, shall appear before the Honorable _____, Judge, United States Bankruptcy Court, 401 Market Street, Camden, New Jersey, on the _____ day of August, 2011 at 10:00 in the forenoon, or as soon thereafter as counsel may be heard and shall apply for an Order Authorizing Use of Cash Collateral.

**YOUR RIGHTS MAY BE AFFECTED.**  You should read these papers carefully and discuss them with your attorney, if you have one in this case.  (If you do not have an attorney, you

may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Court to enter an Order Authorizing Use of Cash Collateral, or if you want the Court to consider your views on this Motion, then on or before August _____, 2011, you or your attorney must:

File, with the Court, a written objection to this Motion, explaining your position to the Clerk, United States Bankruptcy Court, 401 Market Street, Camden, New Jersey 08101;

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before August ____, 2011. You must also mail a copy to Brian W. Hofmeister, Esq., Teich Groh, 691 State Highway 33, Trenton, New Jersey 08619; and

You must attend the hearing scheduled to be held on August ___, 2011 at 10:00 a.m. 401 Market Street, Camden, New Jersey.

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in this Motion and may enter an order granting the relief requested.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the annexed Verified Application. In addition, if objections are submitted, the undersigned will be appearing for oral argument at the hearing.

**PLEASE TAKE FURTHER NOTICE** that since the within Motion requests that the Court enter an Order Authorizing Use of Cash Collateral, and said Motion is based largely on the facts as outlined in the Verified Application in support of the within Motion, it is respectfully submitted that since this Motion does not present complicated questions of fact or unique questions of law, no brief

is necessary to assist the Court in its consideration of this Motion.

                TEICH GROH
                Attorneys for Debtor, FHG Enterprises, Inc.


BY:   */s/Brian W. Hofmeister*
        Brian W. Hofmeister

Dated: August 2, 2011