# EXHIBIT "B"

**FHG Enterprises monthly profit & loss (Cash flow)**

| 2011 | August 11 Reasurants | % of Sales | September 11 Reasurants | % of Sales | October 11 Reasurants | % of Sales | November 11 Reasurants | % of Sales | December 11 Reasurants | % of Sales | Total 5 months 11 Reasurants | % of Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | $46,550 | 100.00% | $42,200 | 100.00% | $43,580 | 100.00% | $41,300 | 100.00% | $46,250 | 100.00% | $219,880 | 100.00% |
| % of Sales Increase | 0.00% | | | | | | | | | | | |
| Cost of Goods | | | | | | | | | | | | |
| Gross Profit | $46,550 | 100.00% | $42,200 | 100.00% | $43,580 | 100.00% | $41,300 | 100.00% | $46,250 | 100.00% | $219,880 | 100.00% |
| Payroll | | | | | | | | | | | | |
| Mgmt Salaries | $29,226 | 62.78% | $29,226 | 69.26% | $29,226 | 67.06% | $29,226 | 70.77% | $29,226 | 63.19% | $146,130 | 66.46% |
| Bonuses | | | | | | | | | | | $ - | |
| Payroll Taxes | $2,560 | 5.50% | $2,321 | 5.50% | $2,397 | 5.50% | $2,272 | 5.50% | $2,544 | 5.50% | $12,093 | 5.50% |
| Maint Payroll | | | | | | | | | | | | |
| Total Payroll | $31,786 | 68.28% | $31,547 | 74.76% | $31,623 | 72.56% | $31,498 | 76.27% | $31,770 | 68.69% | $158,223 | 71.96% |
| Ops Expense | $1,397 | 3.00% | $1,266 | 3.00% | $1,307 | 3.00% | $1,239 | 3.00% | $1,388 | 3.00% | $6,596 | 3.00% |
| Uniform | | | | | | | | | | | | |
| R&M | $116 | 0.25% | $106 | 0.25% | $109 | 0.25% | $103 | 0.25% | $116 | 0.25% | $550 | 0.25% |
| Cash + - | | | | | | | | | | | | |
| Health Insurance | $1,001 | 2.15% | $907 | 2.15% | $937 | 2.15% | $888 | 2.15% | $994 | 2.15% | $4,727 | 2.15% |
| Insurance | $535 | 1.15% | $485 | 1.15% | $501 | 1.15% | $475 | 1.15% | $532 | 1.15% | $2,529 | 1.15% |
| Office Supplies | | | | | | | | | | | | |
| Royalties | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Professional Fee | $1,862 | 4.00% | $1,688 | 4.00% | $1,743 | 4.00% | $1,652 | 4.00% | $1,850 | 4.00% | $9,795 | 4.00% |
| Vehicles | $2,328 | 5.00% | $2,110 | 5.00% | $2,179 | 5.00% | $2,065 | 5.00% | $2,313 | 5.00% | $10,994 | 5.00% |
| Phone | $512 | 1.10% | $464 | 1.10% | $479 | 1.10% | $454 | 1.10% | $509 | 1.10% | $2,419 | 1.10% |
| Rent, Cam & RE Tax | $1,285.00 | 2.76% | $1,285.00 | 3.05% | $1,285.00 | 2.95% | $1,285.00 | 3.11% | $1,285.00 | 2.78% | $6,425.00 | 2.92% |
| Management Fee | | | | | | | | | | | | |
| TOTAL EXPENSES | $40,822 | 87.69% | $39,858 | 94.45% | $40,164 | 92.16% | $39,659 | 96.03% | $40,755 | 88.12% | $201,258 | 91.53% |
| REVENUE | $46,550 | 100.00% | $42,200 | 100.00% | $43,580 | 100.00% | $41,300 | 100.00% | $46,250 | 100.00% | $219,880 | 100.00% |
| NET INCOME +/- | $5,728 | 12.31% | $2,342 | 5.55% | $3,416 | 7.84% | $1,641 | 3.97% | $5,495 | 11.88% | $18,622 | 8.47% |
| OTHER INCOME | | | | | | | | | | | | |
| Primary Loan Payment | | | | | | | | | | | | |
| New Store Loan Payment | | | | | | | | | | | | |
| TOTAL LOAN PAYMENT | - | | | | | | | | | | | |
| NET PROFIT | $5,728 | 12.31% | $2,342 | 5.55% | $3,416 | 7.84% | $1,641 | 3.97% | $5,495 | 11.88% | $18,622 | 8.47% |